UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE SULLIVAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAT HORN,<br><br>　　　　　Respondent. | No. 2:25-cv-1324 DJC CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On July 30, 2025, petitioner was ordered to file an amended petition for writ of habeas corpus within 30 days and was warned that failure to do so would result in a recommendation that this action be dismissed without prejudice. Petitioner has not filed an amended petition.

　　　　Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

　　　　Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 2, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sull1324.133a

2